# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSHUA NOBLES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1459-S-BH |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's Petition and Brief for Award of Attorney Fees Under the Equal Access to Justice Act [ECF No. 24] is **GRANTED IN PART**. Plaintiff is awarded $6,620.64 in attorney's fees, based upon 31.25 hours of attorney work at an hourly rate of $199.71, and 1.9 hours of attorney work at an hourly rate of $199.85. The award of attorney's fees should be made payable directly to Plaintiff and mailed to his counsel.

**SO ORDERED.**

SIGNED April 20, 2021.

**UNITED STATES DISTRICT JUDGE**